IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RICHARD MOORE, : | |
| : | |
| Plaintiff, : | Case No. 2:00-CV-1033 |
| : | |
| v. : | JUDGE ALGENON L. MARBLEY |
| : | |
| CITY OF COLUMBUS, : | Magistrate Judge Kemp |
| : | |
| Defendant. : | |

**OPINION AND ORDER**

Pursuant to the Sixth Circuit's instructions, this Court hereby **GRANTS** judgment as a matter of law in favor of Defendant City of Columbus.  This case is dismissed.

**IT IS SO ORDERED.**

        s/Algenon L. Marbley
        ALGENON L. MARBLEY
        UNITED STATES DISTRICT JUDGE

**DATED: December 15, 2006**